

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00770-CR

**EX PARTE** Ebert Onas Acosta **MEJIA**

From the County Court, Kinney County, Texas
Trial Court No. 11060CR
Honorable Tully Shahan, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
                 Liza A. Rodriguez, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: January 18, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant appellant's motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH